AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

```
FILED              RECEIVED
ENTERED            SERVED ON
                   COUNSEL/PARTIES OF RECORD

       FEB 13 2025

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:                       DEPUTY
```

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:25-mj-00133-DJA |
| Marcel Antawan Robinson | ) | |
| | ) | Charging District: District of North Dakota |
| *Defendant* | ) | Charging District's Case No. 1:24-cr-191-7 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: North Dakota District Court, Federal Building & USDC 220 East Rosser Avenue Bismarck, ND 58501 | Courtroom No.: TBD |
|---|---|
| | Date and Time: |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 02/13/2025

_____
Judge's signature

DANIEL J. ALBREGTS, U.S. Magistrate Judge
*Printed name and title*